**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JUAN DIEGO MENA,

        Petitioner,

  v.

SERGIO ALBARRAN, et al.,

        Respondents.

Case No.  26-cv-04749

**ORDER REGARDING TEMPORARY RESTRAINING ORDER**

[Re: ECF No. 4]

The Court granted Petitioner's ex parte application for a temporary restraining order enjoining Respondents from removing him from this judicial district during the pendency of these proceedings and ordering his immediate release.  ECF No. 3 ("TRO").  IT IS HEREBY ORDERED THAT:

(1) Petitioner SHALL serve Respondents the summons, petition, and TRO by May 20, 2026, at 12:00 p.m.  Service by email is permitted.

(2) Respondents SHALL file a status report regarding compliance with the TRO by May 20, 2026, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated:  May 20, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California