United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JUAN DIEGO MENA,

        Petitioner,

   v.

SERGIO ALBARRAN, et al.,

        Respondents.

Case No.  26-cv-04749-BLF

**ORDER RESETTING BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION**

[Re: ECF No. 3]

In the Court's order granting Petitioner's *ex parte* application for a temporary restraining order, the Court ordered Respondents to file a response to Petitioner's motion by no later than May 25, 2026.  As May 25, 2026, is a Court holiday, Respondents may have until May 26, 2026, at 12:00 p.m. to submit a response brief.  Any reply shall be filed by 12:00 p.m. on May 28, 2026.  The preliminary injunction hearing remains set for 9:00 a.m. on June 2, 2026.

    **IT IS SO ORDERED.**

Dated:  May 21, 2026

_____
BETH LABSON FREEMAN
United States District Judge