United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JUAN DIEGO MENA,

          Plaintiff,

    v.

SERGIO ALBARRAN, et al.,

          Defendants.

Case No.  26-cv-04749-BLF

**ORDER GRANTING JOINT REQUEST TO SUBMIT MOTION FOR PRELIMINARY INJUNCTION; VACATING HEARING; AND EXTENDING TEMPORARY RESTRAINING ORDER FOR 14 DAYS**

[Re: ECF No. 15]

On May 20, 2026, the Court granted Petitioner's *ex parte* motion for a temporary restraining order ("TRO"), set the TRO to remain in effect until 5:42 a.m. on June 3, 2026, and ordered Respondents to show cause why a preliminary injunction should not issue at a hearing on June 2, 2026.  ECF No. 4.  The Parties have jointly requested that the Court vacate the hearing and take the matter under submission.  ECF No. 15.  The Court GRANTS the Parties' joint request to submit the motion for a preliminary injunction, and accordingly VACATES the hearing.  *See* Civ. L.R. 7-1(b).

The Court is inclined to grant the preliminary injunction and finds that good cause exists to extend the TRO to provide the Court with adequate time to prepare an order.  *See* Fed. R. Civ. P. 65(b)(2).  Accordingly, the TRO is hereby EXTENDED for an additional 14 days, through June 17, 2026, at 5:42 a.m.

**IT IS SO ORDERED.**

Dated:  May 29, 2026

_____
BETH LABSON FREEMAN
United States District Judge