Rachel Flaherman (SBN 340656)
rflaherman@gmail.com
Volunteer Attorney
Telephone: (415)710-1462


Jazmín Preciado (SBN 342328)
jpreciado@centrolegal.org
CENTRO LEGAL DE LA RAZA
3400 E. 12th Street
Oakland, CA 94601
Telephone: (510) 269-1251


*Pro Bono Attorneys for Petitioners*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DIEGO MENA,<br><br>    Petitioner,<br><br>  v.<br><br>SERGIO ALBARRAN, *et al.*,<br><br>    Respondents. | Case No. 5:26-cv-4749-BLF<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR HABEAS PETITION; [PROPOSED] ORDER** |

STIPULATION REGARDING BRIEFING SCHEDULE FOR HABEAS PETITION; [PROPOSED] ORDER
NO. 5:26-cv-4749-BLF

On June 1, 2026, the Court issued an order granting a preliminary injunction in this case. (ECF No. 18).

Following that order, the parties met and conferred regarding a briefing schedule for the return and traverse on the habeas petition. Subject to the Court's approval, the parties have agreed as follows:

1. Respondents shall file a return on the Petition by July 14, 2026.

2. Petitioners shall file a traverse on the Petition by August 14, 2026

3. Hearing date to be set on the earliest available date after August 14, 2026.

Respectfully submitted,

DATED: June 17, 2026

*/s/ Jazmin Preciado*
JAZMIN PRECIADO
CENTRO LEGAL DE LA RAZA

*/s/ Rachel Flaherman*
RACHEL FLAHERMAN
VOLUNTEER ATTORNEY

Pro Bono Attorneys for Petitioner

DATED: June 17, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ William Skewes-Cox*
William Skewes-Cox
Special Assistant United States
Attorney

Attorneys for Respondents

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION REGARDING BRIEFING SCHEDULE FOR HABEAS PETITION; [PROPOSED] ORDER
NO. 5:26-cv-4749-BLF

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' proposed briefing schedule is hereby ADOPTED as the ORDER of the Court. Respondents shall file their return on or before July 14, 2026. Petitioners shall file their traverse on or before August 14, 2026. The hearing date shall be September 16, 2026, which is the soonest available date after the filing of the traverse.

IT IS SO ORDERED.

DATED: June 18, 2026

_____
The Honorable Beth Labson Freeman
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
NO. 5:26-cv-4749-BLF