United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JUAN DIEGO MENA,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-04749-BLF

**ORDER REGARDING HEARING SET FOR SEPTEMBER 16, 2026**

Currently scheduled for September 16, 2026, is the hearing on the petition for writ of habeas corpus. By September 3, 2026, please advise the court whether the Parties still request this hearing.

**IT IS SO ORDERED.**

Dated: August 20, 2026

BETH LABSON FREEMAN
United States District Judge