United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUAN DIEGO MENA,<br>Plaintiff,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Defendants. | Case No. 26-cv-04749-BLF<br><br>**ORDER GRANTING STIPULATION RE HEARING SCHEDULED FOR SEPTEMBER 16, 2026 ON HABEAS PETITION** |

Before the Court is the parties' Stipulation Regarding Hearing Scheduled for September 16, 2026 on Habeas Petition. ECF No. 28. The Court GRANTS the stipulation. The hearing set for September 16, 2026, is hereby vacated. The parties shall inform the Court within ten days of receiving notice of the immigration court's ruling. *Id.* at 2.

**IT IS SO ORDERED.**

Dated: September 4, 2026

BETH LABSON FREEMAN
United States District Judge